IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02371-AP

NATURAL RESOURCES DEFENSE COUNCIL; and
WILDERNESS WORKSHOP;

    Plaintiffs,

vs.

ED SCHAFER, in his official capacity as the Secretary of Agriculture;
US FOREST SERVICE;
ANTOINE DIXON, in his official capacity as Deputy Regional Forester, Resources, of the Rocky Mountain Region;
MARY MORGAN, in her official capacity as Acting Forest Supervisor for the White River National Forest;
DIRK KEMPTHORNE, in his official capacity as Secretary of the Department of Interior; and
BUREAU OF LAND MANAGEMENT;

    Defendants.

## ORDER GRANTING OXY USA INC.'s UNOPPOSED MOTION TO INTERVENE

Upon consideration of OXY USA INC.'s Unopposed Motion (doc. #7) to Intervene as a defendant in this case pursuant to Federal Rule of Civil Procedure 24, and for good cause shown, it is hereby

ORDERED that the Unopposed Motion of Oxy USA Inc. to Intervene is GRANTED, and that Oxy USA Inc. is hereby accorded party status as a defendant in this case.

Dated December 9th, 2008

                                            **BY THE COURT:**

                                            *S/John L. Kane*
                                            United States District Court Judge