IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02371-AP

NATURAL RESOURCES DEFENSE COUNCIL; and
WILDERNESS WORKSHOP;

        Plaintiffs,

v.

THOMAS VILSACK, in his official capacity as the Secretary of Agriculture;
US FOREST SERVICE;
ANTOINE DIXON, in his official capacity as Deputy Regional Forester, Resources, of the Rocky Mountain Region;
MARY MORGAN, in her official capacity as Acting Forest Supervisor for the White River National Forest;
KENNETH L. SALAZAR, in his official capacity as Secretary of the Department of the Interior; and
BUREAU OF LAND MANAGEMENT;

        Defendants.

v.

OXY USA INC.,

        Intervenor-Defendant.

**JOINT CASE MANAGEMENT PLAN**

**1. APPEARANCES OF COUNSEL**

<u>For Plaintiff</u>:

Sharon Buccino
Natural Resources Defense Council
1200 New York Ave., NW. Suite 400
Washington, D.C. 20005
Telephone:  (202) 289-6868
E-mail:  **sbuccino@nrdc.org**

Michael Freeman
Earthjustice
1400 Glenarm Place, Suite 300
Denver, CO  80202
Telephone:  (303) 623-9466
E-mail:  **mfreeman@earthjustice.org**

<u>For Federal Defendants</u>:

Stephen Terrell, Esq.
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Ben Franklin Station
Washington, DC 20044-0663
Telephone:  202-616-9663
E-mail:  Stephen.Terrell@usdoj.gov

David A. Carson, Esq.
Environmental Defense Section
Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street
Denver, CO 80294
Telephone:  303-844-1349
Email:  David.A.Carson@usdoj.gov

    For Intervenor-Defendant:

    Andrew C. Emrich
    Trey C. Overdyke
    HOLLAND & HART LLP
    2515 Warren Avenue, Suite 450
    P.O. Box 1347
    Cheyenne, Wyoming 82003-1347
    Phone: (307) 778-4200
    Fax: (307) 778-8175
    acemrich@hollandhart.com
    jcoverdyke@hollandhart.com

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

Plaintiffs allege that this Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A. Date Complaint was Filed:**  October 31, 2008

    **B. Date Complaint was Served on U.S. Attorney's Office:**  November 6, 2008

    **C. Date Court granted OXY U.S.A.'s Motion to Intervene**:  December 9, 2008

    **D. Date Answer was Filed:**  January 26, 2009

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The Federal Defendants shall file the administrative record in this case with the Court no later than June 12, 2009.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

Parties shall consult regarding any disputes over the record.  Plaintiffs and Intervenor-Defendant shall provide to Federal Defendants a list of documents proposed to be added or deleted from the record on or before July 10, 2009.  Federal Defendants shall respond to any

requests for documents to be added or deleted from the record on or before August 7, 2009. A revised record or supplements to the administrative record, if any, shall be filed on or before August 7, 2009. Plaintiffs and Intervenor-Defendant shall file any motions to supplement the administrative record, strike portions of the administrative record, or for leave to take discovery, if necessary, by August 28, 2008.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

Parties do not at this point anticipate unusual claims or defenses. Plaintiffs have alleged that Federal Defendants actions in approving oil and gas drilling in Colorado's White River National Forest were unlawful under the National Environmental Policy Act, the National Forest Management Act, the Federal Land Policy and Management Act and Clean Air Act. Defendants anticipate defending the lawfulness of the actions based on the administrative record in the case.

## 7. POTENTIAL FOR SETTLEMENT

The parties believe that settlement may be possible in this case. Plaintiffs shall provide an initial settlement proposal to Federal Defendants and Intervenor-Defendant no later than July 23, 2009. Federal Defendants shall schedule a meeting with Plaintiffs and Intervenor-Defendant to discuss Plaintiffs' proposal within 30 days of receipt of the settlement proposal. The parties shall file a status report on or before September 10, 2009, regarding the progress of settlement discussions. If requested by any of the parties, the Court shall schedule a status conference at its earliest convenience following submission of the status report for the purposes of assessing whether any additional actions may be justified to facilitate settlement discussions.

## 8. MERITS BRIEFING SCHEDULE

The following briefing schedule is premised on the assumption that no motions will be filed pursuant to Paragraph 5. In the event that a motion or motions are filed regarding the record, Plaintiffs shall file a motion with the Court to amend the briefing schedule to provide for resolution of issues regarding the record prior to preparation of an opening brief.

   A. **Plaintiffs' Opening Brief Due:** September 25, 2009

   B. **Defendants' and Intervenor-Defendant's Brief Due:** October 30, 2009

   C. **Plaintiffs' Reply Brief Due:** November 25, 2009.

Any dispositive motions filed by Federal Defendants and Intervenor-Defendant shall be filed no later than October 30, 2009. Any parties seeking to intervene following entry of this case management order shall agree to the schedule herein and briefing shall be limited to issues not addressed in Federal Defendants' brief or the brief of existing Intervenor-Defendant OXY USA Inc. The annual winter stipulations attached to the oil & gas leases at issue in this case extend from December 1 through April 30. Intervenor-Defendant OXY presently intends to begin construction activities on these leases on or about May 1, 2010.

## 9. STATEMENTS REGARDING ORAL ARGUMENT

Parties request oral argument in order to highlight the key elements of their respective briefs and to respond to facts or arguments raised in opposition briefs.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

Parties do not at this time consent to exercise of jurisdiction by magistrate judge in this matter.

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 29th day of May, 2009.

BY THE COURT:

*s/John L. Kane*

U.S. DISTRICT COURT JUDGE

APPROVED BY:

 s/ Sharon Buccino

Sharon Buccino
Natural Resources Defense Council
1200 New York Ave., NW. Suite 400
Washington, D.C. 20005

Telephone:  (202) 289-6868
E-mail:  **sbuccino@nrdc.org**

Michael Freeman
Earthjustice
1400 Glenarm Place, Suite 300
Denver, CO  80202
Telephone:  (303) 623-9466
E-mail:  **mfreeman@earthjustice.org**
*Attorneys for Plaintiffs*

  s/ Stephen Terrell
Stephen Terrell, Esq.
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Ben Franklin Station
Washington, DC 20044-0663
Telephone:  202-616-9663
E-mail:  Stephen.Terrell@usdoj.gov

David A. Carson, Esq.
Environmental Defense Section
Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street
Denver, CO 80294
Telephone:  303-844-1349
Email:  David.A.Carson@usdoj.gov

*Attorneys for Federal Defendants*

  s/ Andrew Emrich
Andrew C. Emrich
Trey C. Overdyke
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, Wyoming 82003-1347
Phone: (307) 778-4200
Fax: (307) 778-8175
acemrich@hollandhart.com
jcoverdyke@hollandhart.com

*Attorneys for Intervenor-Defendant*